UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN KING, JR.,

    Plaintiff,

v.                                            Case No. 09-12719
                                              Hon. Lawrence P. Zatkoff

UNITED STATES GOVERNMENT,

    Defendant.

_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    This matter comes before the Court on Magistrate Judge Scheer's Report and Recommendation [dkt 6], in which the Magistrate Judge recommends that the Court transfer this case to the Eastern District of Arkansas. Neither party has filed an objection to the Report and Recommendation, and the time period in which to do so has elapsed.

    The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the Eastern District of Arkansas pursuant to 28 U.S.C. § 1404(a).

    IT IS SO ORDERED.

                                                              S/Lawrence P. Zatkoff
                                                              LAWRENCE P. ZATKOFF
                                                             UNITED STATES DISTRICT JUDGE

Dated: October 23, 2009

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 23, 2009.

                                  S/Marie E. Verlinde  
                                  Case Manager  
                                  (810) 984-3290